HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
ann.mcglenon@fd.org

Attorney for Defendant
ROSANNA ISABEL CARRISOSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:14-cr-00072 LJO-SKO |
| ) | |
| *Plaintiff,* ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE AND ORDER |
| vs. ) | |
| ) | |
| ROSANNA ISABEL CARRISOSA, ) | DATE: October 6, 2014 |
| ) | TIME: 1:00 P.M. |
| *Defendant.* ) | JUDGE: Honorable Sheila K. Oberto |
| ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kathleen A. Servatius, Counsel for Plaintiff, and Assistant Federal Defender, Ann H. McGlenon, Counsel for Defendant Rosanna Isabel Carrisosa, that the status conference scheduled for September 15, 2014 at 1:00 p.m., before Honorable Sheila K. Oberto **may be continued to October 6, 2014 at 1:00 p.m.**

The reason for this continuance is for continuity of counsel to accommodate counsels' schedules and to allow for further investigation including pending laboratory results. The requested continuance will conserve time and resources for both parties and the court.

//

//

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated:  September 5, 2014                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Kathleen A. Servatius
                                             KATHLEEN A. SERVATIUS
                                             Assistant United States Attorney
                                             Attorney for Plaintiff

Dated:  September 5, 2014

                                             HEATHER E. WILLIAMS
                                             Federal Defender

                                             /s/ Ann H. McGlenon
                                             ANN H. MCGLENON
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             ROSANNA ISABEL CARRISOSA

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

   Dated:  **September 11, 2014**              **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE