HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
ann.mcglenon@fd.org

Attorney for Defendant
ROSANNA CARRISOSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:14-cr-00072 LJO-SKO |
| ) | |
| *Plaintiff*, ) | **AMENDED** STIPULATION TO CONTINUE |
| ) | CHANGE OF PLEA HEARING AND |
| vs. ) | ORDER |
| ) | |
| ROSANNA CARRISOSA, ) | |
| ) | DATE: March 3, 2015 |
| *Defendant.* ) | TIME: 8:30 A.M. |
| ) | JUDGE: Honorable Lawrence J. O'Neill |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kathleen A. Servatius, Counsel for Plaintiff, and Assistant Federal Defender, Ann H. McGlenon, Counsel for Defendant Rosanna Carrisosa, that the change of plea hearing scheduled for February 23, 2015 at 8:30 a.m., before Honorable Lawrence J. O'Neill **may be continued to March 3, 2015 at 8:30 a.m.**

The reason for this continuance is because defense counsel will be out of the office on February 23, 2015. The plea agreement was filed on December 31, 2014. The requested continuance will conserve time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

//

Dated:  February 3, 2015
BENJAMIN B. WAGNER
United States Attorney

*/s/ Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney
Attorney for Plaintiff


Dated:  February 3, 2015

HEATHER E. WILLIAMS
Federal Defender

*/s/ Ann H. McGlenon*
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
ROSANNA CARRISOSA

## **O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).


IT IS SO ORDERED.

Dated:  **February 4, 2015**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE