HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
ann.mcglenon@fd.org

Attorney for Defendant
ROSANNA CARRISOSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:14-cr-00072 LJO-SKO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE SENTENCE HEARING; ORDER |
| vs. | ) ) | |
| ROSANNA CARRISOSA, | ) ) | DATE: June 1, 2015 TIME: 8:30 a.m. |
| Defendant. | ) ) ) | JUDGE: Honorable Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Kathleen Servatius, Counsel for Plaintiff, and Assistant Federal Defender Ann H. McGlenon, Counsel for Defendant ROSANNA CARRISOSA, that the sentence hearing scheduled for May 26, 2015 at 8:30 a.m., before Honorable Lawrence J. O'Neill may be continued to June 1, 2015 at 8:30 a.m.

The reason for this continuance is to allow defendant to attend her niece's graduation.  Ms. Carrisosa has attended every hearing, completed Westcare and MRT and will be present for her sentencing.

The government has no objection to the requested continuance.  As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

///

///

BENJAMIN B. WAGNER
United States Attorney

Dated: March 31, 2015          /s/ *Kathleen Servatius*
                               KATHLEEN SERVATIUS
                               Assistant United States Attorney
                               Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated: March 31, 2015          /s/ *Ann H. McGlenon*
                               ANN H. MCGLENON
                               Assistant Federal Defender
                               Attorney for Defendant
                               ROSANNA CARRISOSA

O R D E R

For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:  **March 31, 2015**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE