HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00072- LJO-SKO |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| ROSANNA ISABEL CARRISOSA, | |
| *Defendant.* | |

Defendant, Rosanna Isabel Carrisosa, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel for assistance in seeking early termination of her supervised release.

Ms. Carrisosa was sentenced to 68 month in custody and 60 months of supervised release. Ms. Carrisosa was released on August 30, 2019, and successfully completed Re-Entry Court on February 24, 2021. Ms. Carrisosa submits the attached Financial Affidavit as evidence of her inability to retain counsel at this time. After reviewing her Financial Affidavit, it is respectfully recommended that CJA panel counsel be appointed.

DATED: December 9, 2021          */s/ Eric V Kersten*
                                 ERIC V. KERSTEN
                                 Assistant Federal Defender
                                 Branch Chief, Fresno Office

# **O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **December 9, 2021**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE